# MINUTE ORDER

**2 DEFENDANTS**

Page 8

## Magistrate Judge Ellen F. D'Angelo

King Building Courtroom 10-4   Date: 4/9/25   Time: 2:00 p.m.

**Defendant:** 2) Carlos Miguel Rodriguez Melendez   **J#:** 72290-511   **Case #:** 25-CR-20142-ALTMAN/LETT(SEALED)
**AUSA:** Joshua Paster   **Attorney:** Nayib Hasaan - TEMP
**Violation:** Consp to Commit Wire Fraud   **Surr/Arrest Date:** 04/09/25   **YOB:** 1987

**Proceeding:** Initial Appearance   **CJA Appt:**
**Bond/PTD Held:** ☐ ☐   **Recommended Bond:**
**Bond Set at:** STIP - $50,000 PSB   **Co-signed by:** Iris Melendez (sister)

- [x] Surrender and/or do not obtain passports/travel docs
- [x] Report to PTS as directed/or ___ x's a week/month by phone: ___ x's a week/month in person
- [ ] Random urine testing by Pretrial Services
    Treatment as deemed necessary
- [ ] Refrain from excessive use of alcohol
- [ ] Participate in mental health assessment & treatment
- [ ] Maintain or seek full-time employment/education
- [x] No contact with victims/co-defts except through counsel
- [ ] No firearms
- [ ] Not to encumber property
- [x] May not visit transportation establishments
- [x] Home Confinement/Electronic Monitoring (tech) at PTS discretion **Curfew** 8:00 pm to 8:00 am, paid by PTS discretion
- [ ] Allowances: Medical needs, court appearances, attorney visits, religious, employment
- [x] Travel extended to: SD.FL
- [ ] Other:

**Language:** Spanish

**Disposition:** Defendant advised of rights. Notice of Temp Appearance filed. Government's Ore Tenus request to unseal / redact Indictment – Granted. The parties stipulate to $50,000 PSB with co-signer.

Time from today to ___ excluded from Speedy Trial Clock

**NEXT COURT APPEARANCE**   Date:   Time:   Judge:   Place:
**Report RE Counsel:** 4/18/25 @ 10 am MIAMI DUTY
**PTD/Bond Hearing:**
**Prelim/Arraign or Removal:** 4/18/25 @ 10 am MIAMI DUTY
**Status Conference RE:**
**D.A.R.** 15:48:46   **Time in Court:** 14 mins

s/Ellen F. D'Angelo   Magistrate Judge